NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**SHOCKWAVE MEDICAL, INC.,**
*Appellant*

**v.**

**CARDIOVASCULAR SYSTEMS, INC.,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

————————————

2020-2314

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00408.

————————————

**JUDGMENT**

————————————

DAVID C. MCPHIE, Irell & Manella LLP, Newport Beach, CA, argued for appellant. Also represented by

STEPHEN PAYNE; MICHAEL RICHARD FLEMING, Los Angeles, CA, WILLIAM ALCIATI, GREG GARDELLA, Gardella Grace PA, Washington, DC.

MARK CHRISTOPHER NELSON, Barnes & Thornburg LLP, Dallas, TX, argued for appellee. Also represented by JUANITA DELOACH; JEFFREY STONE, Minneapolis, MN.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by MARY L. KELLY, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>January 18, 2022</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court